UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ROBERT H. BORK,

                Plaintiff(s),                CASE NO. 07 CV 4826

  -against-

                                      **AFFIDAVIT OF SERVICE**

THE YALE CLUB OF NEW YORK CITY,
                Defendant (s).
------------------------------------------------------X
STATE OF NEW YORK    )
                          s.s :
COUNTY OF NEW YORK  )

     JASON AGEE, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.
     That on the 8th day of June, 2007, at approximately 4:27 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE; COMPLAINT and JUDGE'S RULES** upon THE YALE CLUB OF NEW YORK CITY at 50 Vanderbilt Avenue, New York, New York by personally delivering and leaving the same with Ray Caltagirone, Director of Security, who is authorized by appointment to accept service.
     Ray Caltagirone is a white male, approximately 45 years of age, is approximately 6 feet and 2 inches tall, weighs approximately 265 pounds, is balding with long black hair and dark eyes.


Sworn to before me this
8th day of June, 2007                                  JASON AGEE #1196790


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010