UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT H. BORK,

                      Plaintiff,

-against-

THE YALE CLUB OF NEW YORK CITY,

                      Defendant.

**Case No.: 07 CIV 4826**

**JUDGE BUCHWALD**

**FRCP 7.1 STATEMENT**

Defendant, THE YALE CLUB OF NEW YORK CITY, is not a publicly held corporation.

The general liability carrier for THE YALE CLUB OF NEW YORK CITY is One Beacon Insurance Group, a publicly held corporation listed on the New York Stock Exchange (OBI).

Dated: Brooklyn, New York
       July 10, 2007

                                    Yours, etc.

                                    **BRUCE A. LAWRENCE, ESQ.**
                                    Attorney for Defendant
                                    **THE YALE CLUB OF NEW YORK CITY**

                                    By_____
                                        ERIC A. SCHNITTMAN (6692)
                                    15 MetroTech Center, 19th Floor
                                    Brooklyn, NY  11201-3818
                                    (718) 625-8940
                                    Our File #: 07-0278
                                    Claim No.: 0AA233886

**TO:**   **GIBSON, DUNNE & CRUTCHER, LLP**
        Attorneys for Plaintiff
        ROBERT H. BORK
        200 Park Avenue
        New York, NY  10166
        (212) 351-4000