UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

ROBERT H. BORK,

           Plaintiff,

    v.

THE YALE CLUB OF NEW YORK CITY,

           Defendant.

------------------------------------------------x

07-CV-4826 (NRB)

STIPULATION AND
[ ] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the discovery schedule set forth in the parties' Joint Rule 26(f) Report entered on November 5, 2007, and extended 30 days by this Court on January 24, 2008, shall be extended another 30 days, such that:

1. All non-expert discovery shall be completed by March 14, 2008.

2. Plaintiff shall submit any expert report(s) by March 21, 2008. Defendant shall submit any expert report(s) by March 28, 2008. Any responsive report(s) shall be submitted by April 4, 2008.

3. Expert depositions, if any, will take place between April 11, 2008 and April 15, 2008.

4. All discovery shall be completed by April 15, 2008.

5. Dispositive motions, if any, shall be filed by April 29, 2008.

6. Oppositions to dispositive motions shall be filed by May 12, 2008.

7. Reply briefs shall be filed by May 19, 2008.

_____
Randy M. Mastro
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue — 48th Floor
New York, NY 10166
Tel. (212) 351-4000
Fax (212) 351-4035

*Counsel for Plaintiff*

_____
Eric A. Schnittman
LAW OFFICES OF BRUCE A. LAWRENCE
15 MetroTech Center, 19th Floor
Brooklyn, NY 11201
Tel. (718) 625-8940
Fax (718) 624-5756

*Counsel for Defendant*

No further extensions

SO ORDERED:

_____
U.S.D.J.

2/22/08